U.S. Dist Court - Southern Dist. of N.Y.  Oct 3, 2025

Donna Friedeberg

vs

The National Cathedral



Evidence and Amendment to Complaint

In Congress, July 4, 1776 was signed The Unanimous Declaration of the 13 united States of America which states, "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." The U.S. Constitution in ~~Article~~ Amendment 9 guarantees rights "retained by the people" that are not enumerated in the Constitution, and the rights cited in the above Declaration have to be included in "retained rights." Black's law dictionary in Appendix C has endorsed by publishing it the "Universal Declaration of Human Rights" and this plaintiff in a law suit alleged that all the rights in this Declaration are Constitutional "retained rights" and the Federal Court ruled in her favor that this is the law of the land. This Declaration also states in Article 1, "All human beings are born free and equal in dignity and rights." and Article 3 states "Everyone has the right to life, liberty and security of person."

The U.S. was founded on and the Constitutional Amendment the absolute truth that "All men are created equal" and that they, therefore, by our Constitution have equal rights!

When both historically and presently a nationality of people all originating from and loyal to a small European country have demonstrated beyond all doubt that they believe and cling to the idea that they are superior to all other people, they can have no place or no right to live in our Constitutional U.S. The current plan of the British people for plaintiff who they have decided to force against all her unhappiness, to be a promiscuous whore is to record her in the privacy of her home yelling threating words which which in frustration she often does and then using this recording plus other uttered words manipulated by recording equipment to have her voice utter things unlawful enough for an arrest and jail time

and in jail the plan is that the guards will gang rape her which will automatically make her promiscuous. This plan shows and proves the extremes that the British will take to maintain the most important SUPERIOR RIGHT, that of becoming the only people on earth by the best means possible, unjust family size for population expansion. It is only people who KNOW they are SUPERIOR TO ALL OTHER PEOPLE who do this, and to accomplish this, the British created the evil system of using low sex drive women who stick to a just family size of one or two children and by forcing them to be promiscuous so that hypothetical pregnancies can be attributed to them so that the British woman can actually have the extra babies, and have her needs met as a bogus just woman. Above, strike one on proven ownership of superiority by the British. Strike two is that the British, to retain superior rights, have used devious means from the very beginning of the country and continue to. The words "and foreign coin" in the Constitution has been used in every generation for the British to print, not coins, but $100 bills in England that were provided for the continuous stream of British always coming to have enough money to live in a SUPERIOR status. The British have had complete control over the whole U.S. for many generations because they designed the Constitution to retain this superior right. Congressional power rests not with the whole Congress but with just the original 13 states, which have been kept British majority by untimely deaths, when necessary. The other states in the union by the Constitution's wording are only entitled to 1 representative each because there has never been the "enumeration" that would enable all states to have 1 representative for every 30,000 people has never been made. The U.S. Census, deviously, estimates U.S. population but the Constitution requires an actual count of "free persons." and the British hold that they are the only true "free" people because they hold that it means free of irrationality and the most rational position for them is that they have SUPERIOR RIGHTS and this is actually a highly rational idea in a crowded world because you may not even be able to eat unless you come to the table in a superior way ahead of other people.

West Publishing does all the publishing of all official documents of the U.S. West is British totally and It prints and publishes the U.S. Code Books for law libraries of all U.S. laws but only the laws that Great Britain approves of winds up in these Books. To maintain the Superior status in the U.S., historically + to this day Corporations have been used and to make sure that all the profitable Corps. were CEOed by British, Delaware, a ~~totally British state~~ to this day, was the 1st state to enact laws that provided Corporate status for businesses. and very cleverly that law provides that all that is needed to Incorporate is an "agent" and it also provides that one agent can serve for many Corps. and the office this agent has can be anywhere, or in other words, a residence, so one person, an agent, acted for many years for Britain to Convince every profitable business to incorporate in Delaware and then those businesses also went public and the better heeled British bought enough shares to ensure that all the top executives would be British. and Delaware law insures that the Companies have to use ~~British~~ the British agent because the Chancery Court in ~~Great~~ Britain is empowered with objecting and preventing companies from incorporating in Delaware. With the corporations under its belt, the British ensured themselves the Presidency of the U.S. (list of presidents attached, most are British) and then the right to appoint all the Federal judges and the Suprem Court Judges (list of Suprem Court Judges attached - most are British) because Corporations always bought the election of our President with huge campaign donations and massive advertising.

Plaintiff was harmed by Delaware and will file a law suit against the State of Delaware because in her married life in Glastonbury, CT, a dominantly British town, she founded a building Company, D+E Builders and became a member of the CT Homebuilders Association, on recommendation, and built self designed, 4 houses very profitably, as they were luxury homes.

Then the British town Council told her husband, the Town Clerk of Glastonbury, "We like our public officials to be on the poor side, so tell your wife she must cease the building she is doing." Plaintiff considered incorporating at that point as then it would not be her doing it, but a Corp. She knew from general reading that Delaware was the best state to incorporate in and so she looked into it and found that just as the British town Council had stopped her, the Chancery Court in Great Britain also would so there was no incorporating for her.

Delaware law has to be changed and it will not be as long as the British OWN that state. Nasdaq was created to let huge numbers of British go public with IPO's of limited liability companies that had done no business and the British got rich taking many U.S. People to the Cleaners. SUPERIOR PEOPLE feel they have the absolute right, doing whatever it takes, legal or otherwise to be richer than other people, and now Nasdaq doesn't even require the actual purchase of stock, it just hands people British printed money. (See Plaintiff's law suit against Nasdaq regsered in Federal Court)

The Corrupt British Police in Norwich protected British people, namely Chuck Brooks, while he took a sledgehammer and broke the cement slab pavers plaintiff was using to restore an existing <u>entry curb</u> affiliated driveway. He did it twice, first to smaller pavers 8" x 16", almost all of them, and then a second time when plaintiff switched to larger pavers 16" x 16". Several of those were broken. One was broken into about 5 segments, something that could not be caused only by a car driving on it. Plaintiff was supposed to think that it was a friendly message that the

the BEST networkers in the world and they will obey King Charles for they are all loyal to him and love him, especially because he ordered the accidental auto killing of Diana and the Moslem man she intended to marry and through in vitro fertilization where sex can be chosen, produce 1 child, a daughter by him in revenge for the fact that Charles divorced her when canon law does not even allow divorce because she refused to USE a low sex drive women to have that third traditional child which would have to be a daughter since the Monarchy rotates between genders, every other monarch. A male must be followed by a female. Diana was a JUST woman and also the British hate just people for then they think they also will have to be just and they also expected that Diana might produce a just daughter for a JUST monarch, an anathema, for British people and the Bishop of London thought and advised Charles that the killing was JUST as a dead just woman—low sex drive—can still be used to serve and a queen like Diana could serve all the British people for the Kingdom has never limited the number of children the Monarch can have and the Bishop of London would not tolerate Diana's future Moslem daughter as a future Queen of England. The British have always hated Moslems because they use the harem method of disciplining women who never will stop having babies and that trait belongs to EVERY BRITISH WOMAN. The killing was accomplished easily as Diana's Moslem mate was known to be a man who always drove fast—faster than speed limits. At night in the tunnel where Diana was killed and which is a dimly lited one, deep into it the British Secret Service just completely blocked the tunnel roadway and vacated the vehicles, leaving them unmovable. Speeding, Diana's mate did not see the black vehicles until it was too late and with a natural avoidance move he drove into the wall of the tunnel killing them both. And it should be known that in their devious way in an effort to be just, but unthinkable and unjust, the parked vehicles were tampered with by a CRAZY British person so they actually were disabled and had to be towed quickly after the killing. Charles is a murderer but

he also showed he would crush me and that you don't act- Nat Cat 7 ually have to murder, you can just ARRANGE EVENTS, something that British are being taught more and more how to do deviously, like the destruction of my railing for my steps and then damage to my front fender so that I could be accused of having an accident and hence be labeled an unsafe driver, a danger to others, so police could institutionalize and they did.

Demand # 5 For the Court to strike down the whole Delaware Corporation Code, all 159 pages made so complicated that it take a Philadelphia lawyer to be able to figure out all the legal responsibilities of corporations incorporated in Delaware but of no consequence for the British because on any actions or reporting, they just fabricate the figures or report that the inaction was actually taken, and that because plaintiff was grossly damaged by the State of Delaware Corp. Code as t she might have become a multimillionaire and even gone public as a corporation, and she is not the only person harmed by Delaware, the Japanese psychiatrists are hereby reporting to the Court very great damage as they were unable to treat, they figure, one million men and women, just people, because they could not meet the needs of these small business people, non-British, who needed, for protection, to incorporate and who by Japanese query of the Chancery Court would have been prevented. This is massive frustration for 50 years or more and emotional duress and damage and for this huge evil wrong Delaware must now compensate Japan and plaintiff, who is dual Japanese and the demand is that Delaware pay Japan <u>100 million dollars</u> which is really a lot less than is deserved. Now plaintiff will inform Court & by a request of a coming flood of tort cases so Court can prepare for it. Infinity Palace is going to sue every single British person on the Norwich voting list for intimidation under the new definition because under

watchful Chinese eyes every single one of them every time they ate at the restaurant left huge amounts of food uneaten, mostly meat, the most EXPENSIVE selection of the restaurant and this was done to threaten the Chinese and to let them know they were going to be strangled financially, put out of business, with British take over of the restaurant and with the Chinese serving for slave wages in the kitchen only as coolies. Proof of this intent is that plaintiff witnessed when a British party came in and demanded to be seated at the big round table where the Chinese women do a lot of food preparation sitting down in an area reserved for use by the OWNERS of the restaurant, along with about 3 tables where the Chinese workers also reserve to eat.

The Court is also advised that a large number of black women with NO SEX DRIVE AT ALL are being constantly pressured with the absolute intent to make them promiscuous and they are also being punished for not being so. When a man comes very near them and they feel intimidated because he might touch them aggressively, they are going to fiddle with a purse with long shoulder straps bought at Japanese psychiatrists insistance and when they do this they may accidently swing the purse and it may land on the intimidator's head. If prosecution is threatened by the ever present British woman nearby who sees it happen, the black woman is going to SUE under the new definition of intimidation both the black man and the British woman for a million dollars each and Japanese psychiatrists who are treating these women will help the woman & the Court with the identifying information about the offenders. A DEMAND is made here to be held until one of these suits is filed & that the Court then set a precedent and first charge the black woman with assault and then rule her innocent of the charge based on the fact that she was greatly disturbed and provoked by intimidation.

Presidents | Home Outlines Essays Texts Biographies

# Presidents

British Presidents Underlined

This area is an index on the presidents of the United States and contains information and documents of their speeches, writings, biographies and anything else related to their person or the office they are holding.

1. George Washington : 1789-1797
2. John Adams : 1797-1801
3. Thomas Jefferson : 1801-1809
4. James Madison : 1809-1817
5. James Monroe : 1817-1825
6. John Quincy Adams : 1825-1829
7. Andrew Jackson : 1829-1837
8. Martin van Buren : 1837-1841
9. William Henry Harrison : 1841-1841
10. John Tyler : 1841-1845
11. James K. Polk : 1845-1849
12. Zachary Taylor : 1849-1850
13. Millard Fillmore : 1850-1853
14. Franklin Pierce : 1853-1857
15. James Buchanan : 1857-1861
16. Abraham Lincoln : 1861-1865
17. Andrew Johnson : 1865-1869
18. Ulysses S. Grant : 1869-1877
19. Rutherford B. Hayes : 1877-1881
20. James A. Garfield : 1881-1881
21. Chester A. Arthur : 1881-1885
23. Benjamin Harrison : 1889-1893
24. Grover Cleveland : 1893-1897
25. William McKinley : 1897-1901
26. Theodore Roosevelt : 1901-1909 No
27. William H. Taft : 1909-1913
28. Woodrow Wilson : 1913-1921
29. Warren G. Harding : 1921-1923
30. Calvin Coolidge : 1923-1929
31. Herbert C. Hoover : 1929-1933
32. Franklin D. Roosevelt : 1933-1945 No
33. Harry S. Truman : 1945-1953
34. Dwight D. Eisenhower: 1953-1961
35. John F. Kennedy : 1961-1963 No
36. Lyndon B. Johnson : 1963-1969
37. Richard M. Nixon : 1969-1974
38. Gerald Ford : 1974-1977
39. Jimmy Carter : 1977-1981
40. Ronald Reagan : 1981-1989
41. George Bush : 1989-1993
42. Bill Clinton : 1993-2001
43. George W. Bush : 2001-

> From Black's LEGAL DICTIONARY
> Why are they listed in Black's, the official U.S. Law Dictionary. The Constitution outlaws Monarchs in the U.S. but these obviously ruled the U.S. anyway through the U.S. Supreme Court

## Appendix F
# British Regnal Years

| Sovereign | Accession | Years in reign |
|---|---|---|
| William I | Oct. 14, 1066 | 21 |
| William II | Sept. 26, 1087 | 13 |
| Henry I | Aug. 5, 1100 | 36 |
| Stephen | Dec. 26, 1135 | 19 |
| Henry II | Dec. 19, 1154 | 35 |
| Richard I | Sept. 23, 1189 | 10 |
| John | May 27, 1199 | 18 |
| Henry III | Oct. 28, 1216 | 57 |
| Edward I | Nov. 20, 1272 | 35 |
| Edward II | July 8, 1307 | 20 |
| Edward III | Jan. 25, 1326 | 51 |
| Richard II | June 22, 1377 | 23 |
| Henry IV | Sept. 30, 1399 | 14 |
| Henry V | Mar. 21, 1413 | 10 |
| Henry VI | Sept. 1, 1422 | 39 |
| Edward IV | Mar. 4, 1461 | 23 |
| Edward V | Apr. 9, 1483 | — |
| Richard III | June 26, 1483 | 3 |
| Henry VII | Aug. 22, 1485 | 24 |
| Henry VIII | Apr. 22, 1509 | 38 |
| Edward VI | Jan. 28, 1547 | 7 |
| Mary | July 6, 1553 | 6 |
| Elizabeth I | Nov. 17, 1558 | 45 |
| James I | Mar. 24, 1603 | 23 |
| Charles I | Mar. 27, 1625 | 24 |
| The Commonwealth | Jan. 30, 1649 | 11 |
| Charles II | May 29, 1660 | 37 |
| James II | Feb. 6, 1685 | 4 |
| William and Mary | Feb. 13, 1689 | 14 |
| Anne | Mar. 8, 1702 | 13 |
| George I | Aug. 1, 1714 | 13 |
| George II | June 11, 1727 | 34 |
| George III | Oct. 25, 1760 | 60 |
| George IV | Jan. 29, 1820 | 11 |
| William IV | June 26, 1830 | 7 |
| Victoria | June 20, 1837 | 64 |
| Edward VII | Jan. 22, 1901 | 9 |
| George V | May 6, 1910 | 25 |
| Edward VIII | Jan. 20, 1936 | 1 |
| George VI | Dec. 11, 1936 | 15 |
| Elizabeth II | Feb. 6, 1952 | — |

1720

# Appendix D

# Time Chart of the United States Supreme Court †

The following table is designed to aid the user in identifying the composition of the Court at any given time in American history. Each listing is headed by the Chief Justice, whose name is italicized. Associate Justices are listed following the Chief Justice in order of seniority. In addition to dates of appointment, the table provides information on political-party affiliation. Following each Justice is a symbol representing his party affiliation at the time of appointment:

|  |  |
|---|---|
| F = Federalist | W = Whig |
| DR = Democratic Republican (Jeffersonian) | R = Republican |
| D = Democrat | I = Independent |

*[handwritten: ALL BRITISH!]*

*[handwritten annotations: "5 only", "6", "7", "9"]*

| 1789 | 1798-99 | 1811-22 | 1835 |
|---|---|---|---|
| *Jay* (F) | *Ellsworth* (F) | *J. Marshall* (F) | *J. Marshall* (F) |
| J. Rutledge (F) | Cushing (F) | Washington (F) | Duval (DR) |
| Cushing (F) | Iredell (F) | W. Johnson (DR) | Story (DR) |
| Wilson (F) | Paterson (F) | Livingston (DR) | Thompson (DR) |
| Blair (F) | S. Chase (F) | Todd (DR) | McLean (D) |
|  | Washington (F) | Duval (DR) | Baldwin (D) |
| **1790-91** |  | Story (DR) | Wayne (D) |
| *Jay* (F) | **1800** |  |  |
| J. Rutledge (F) | *Ellsworth* (F) | **1823-25** | **1836** |
| Cushing (F) | Cushing (F) | *J. Marshall* (F) | *Taney* (D) |
| Wilson (F) | Paterson (F) | Washington (F) | Story (DR) |
| Blair (F) | S. Chase (F) | W. Johnson (DR) | Thompson (DR) |
| Iredell (F) | Washington (F) | Todd (DR) | McLean (D) |
|  | Moore (F) | Duval (DR) | Baldwin (D) |
| **1792** |  | Story (DR) | Wayne (D) |
| *Jay* (F) | **1801-03** | Thompson (DR) | Barbour (D) |
| Cushing (F) | *J. Marshall* (F) |  |  |
| Wilson (F) | Cushing (F) | **1826-28** | **1837-40** |
| Blair (F) | Paterson (F) | *J. Marshall* (F) | *Taney* (D) |
| Iredell (F) | S. Chase (F) | Washington (F) | Story (DR) |
| T. Johnson (F) | Washington (F) | W. Johnson (DR) | Thompson (DR) |
|  | Moore (F) | Duval (DR) | McLean (D) |
| **1793-94** |  | Story (DR) | Baldwin (D) |
| *Jay* (F) | **1804-05** | Thompson (DR) | Wayne (D) |
| Cushing (F) | *J. Marshall* (F) | Trimble (DR) | Barbour (D) |
| Wilson (F) | Cushing (F) |  | Catron (D) |
| Blair (F) | Paterson (F) | **1829** | McKinley (D) |
| Iredell (F) | S. Chase (F) | *J. Marshall* (F) |  |
| Paterson (F) | Washington (F) | Washington (F) | **1841-43** |
|  | W. Johnson (DR) | W. Johnson (DR) | *Taney* (D) |
| **1795** |  | Duval (DR) | Story (DR) |
| *J. Rutledge* (F)* | **1806** | Story (DR) | Thompson (DR) |
| Cushing (F) | *J. Marshall* (F) | Thompson (DR) | McLean (D) |
| Wilson (F) | Cushing (F) | McLean (D) | Baldwin (D) |
| Blair (F) | S. Chase (F) |  | Wayne (D) |
| Iredell (F) | Washington (F) | **1830-34** | Catron (D) |
| Paterson (F) | W. Johnson (DR) | *J. Marshall* (F) | McKinley (D) |
|  | Livingston (DR) | W. Johnson (DR) | Daniel (D) |
| **1796-97** |  | Duval (DR) |  |
| *Ellsworth* (F) | **1807-10** | Story (DR) | **1844** |
| Cushing (F) | *J. Marshall* (F) | Thompson (DR) | *Taney* (D) |
| Wilson (F) | Cushing (F) | McLean (D) | Story (DR) |
| Iredell (F) | S. Chase (F) | Baldwin (D) | McLean (D) |
| Paterson (F) | Washington (F) |  | Baldwin (D) |
| S. Chase (F) | W. Johnson (DR) |  | Wayne (D) |
|  | Livingston (DR) |  | Catron (D) |
|  | Todd (DR) |  | McKinley (D) |
|  |  |  | Daniel (D) |

† Source: Ducat and Chase, *Constitutional Interpretation*, 4th Edition, published in 1988 by West Publishing Co.

1721

**U.S. SUPREME COURT**   ALL BRITISH!   1722   1723

*handwritten margin note top right:* German or Spanish

| 1845 | 1863 | 1874-76 | 1889 |
|---|---|---|---|
| *Taney* (D) | *Taney* (D) | *Waite* (R) | *Fuller* (D) |
| McLean (D) | Wayne (D) | Clifford (D) | Miller (R) |
| Wayne (D) | Catron (D) | Swayne (R) | Field (D) |
| Catron (D) | Nelson (D) | Miller (R) | Bradley (R) |
| McKinley (D) | Grier (D) | Davis (R) | Harlan (Ky.) (R) |
| Daniel (D) | Clifford (D) | Field (D) | Gray (R) |
| Nelson (D) | Swayne (R) | Strong (R) | Blatchford (R) |
| Woodbury (D) | Miller (R) | Bradley (R) | L. Lamar (D) |
| | Davis (R) | Hunt (R) | Brewer (R) |
| **1846-50** | Field (D) | | |
| *Taney* (D) | | **1877-79** | **1890-91** |
| McLean (D) | **1864-65** | *Waite* (R) | *Fuller* (D) |
| Wayne (D) | *S. P. Chase* (R) | Clifford (D) | Field (D) |
| Catron (D) | Wayne (D) | Swayne (R) | Bradley (R) |
| McKinley (D) | Catron (D) ** | Miller (R) | Harlan (Ky.) (R) |
| Daniel (D) | Nelson (D) | Field (D) | Gray (R) |
| Nelson (D) | Grier (D) | Strong (R) | Blatchford (R) |
| Woodbury (D) | Clifford (D) | Bradley (R) | L. Lamar (D) |
| Grier (D) | Swayne (R) | Hunt (R) | Brewer (R) |
| | Miller (R) | Harlan (Ky.) (R) | Brown (R) |
| **1851-52** | Davis (R) | | |
| *Taney* (D) | Field (D) | **1880** | **1892** |
| McLean (D) | | *Waite* (R) | *Fuller* (D) |
| Wayne (D) | **1866** | Clifford (D) | Field (D) |
| Catron (D) | *S. P. Chase* (R) | Swayne (R) | Harlan (Ky.) (R) |
| McKinley (D) | Wayne (D) ** | Miller (R) | Gray (R) |
| Daniel (D) | Nelson (D) | Field (D) | Blatchford (R) |
| Nelson (D) | Grier (D) | Bradley (R) | L. Lamar (D) |
| Grier (D) | Clifford (D) | Hunt (R) | Brewer (R) |
| Curtis (W) | Swayne (R) | Harlan (Ky.) (R) | Brown (R) |
| | Miller (R) | Woods (R) | Shiras (R) |
| **1853-57** | Davis (R) | | |
| *Taney* (D) | Field (D) | **1881** | **1893** |
| McLean (D) | | *Waite* (R) | *Fuller* (D) |
| Wayne (D) | **1867-69** | Miller (R) | Field (D) |
| Catron (D) | *S. P. Chase* (R) | Field (D) | Harlan (Ky.) (R) |
| Daniel (D) | Nelson (D) | Bradley (R) | Gray (R) |
| Nelson (D) | Grier (D) | Hunt (R) | Blatchford (R) |
| Grier (D) | Clifford (D) | Harlan (Ky.) (R) | Brewer (R) |
| Curtis (W) | Swayne (R) | Woods (R) | Brown (R) |
| Campbell (D) | Miller (R) | Matthews (R) | Shiras (R) |
| | Davis (R) | Gray (R) | H. Jackson (D) |
| **1858-60** | Field (D) | | |
| *Taney* (D) | | **1882-87** | **1894** |
| McLean (D) | **1870-71** | *Waite* (R) | *Fuller* (D) |
| Wayne (D) | *S. P. Chase* (R) | Miller (R) | Field (D) |
| Catron (D) | Nelson (D) | Field (D) | Harlan (Ky.) (R) |
| Daniel (D) | Clifford (D) | Bradley (R) | Gray (R) |
| Nelson (D) | Swayne (R) | Harlan (Ky.) (R) | Brewer (R) |
| Grier (D) | Miller (R) | Woods (R) | Brown (R) |
| Campbell (D) | Davis (R) | Matthews (R) | Shiras (R) |
| Clifford (D) | Field (D) | Gray (R) | H. Jackson (D) |
| | Strong (R) | Blatchford (R) | E. White (D) |
| **1861** | Bradley (R) | | |
| *Taney* (D) | | **1888** | **1895-97** |
| McLean (D) | **1872-73** | *Fuller* (D) | *Fuller* (D) |
| Wayne (D) | *S. P. Chase* (R) | Miller (R) | Field (D) |
| Catron (D) | Clifford (D) | Field (D) | Harlan (Ky.) (R) |
| Nelson (D) | Swayne (R) | Bradley (R) | Gray (R) |
| Grier (D) | Miller (R) | Harlan (Ky.) (R) | Brewer (R) |
| Campbell (D) | Davis (R) | Matthews (R) | Brown (R) |
| Clifford (D) | Field (D) | Gray (R) | Shiras (R) |
| | Strong (R) | Blatchford (R) | E. White (D) |
| **1862** | Bradley (R) | L. Lamar (D) | Peckham (D) |
| *Taney* (D) | Hunt (R) | | |
| Wayne (D) | | | |
| Catron (D) | | | |
| Nelson (D) | | | |
| Grier (D) | | | |
| Clifford (D) | | | |
| Swayne (R) | | | |
| Miller (R) | | | |
| Davis (R) | | | |

*handwritten annotations:* 8, 9, 10, 10, 9, 8, 9 (counts beside groups); "All Democrats"; "Some Republicans"; bottom margin: "Why list the state? It's not in the party affiliation letter list up front. Maybe because he was a Republican from a largely Democratic state."; right margin: "and British had to be sent to or do the mood of the country about which political party had star citizens. Some like Shiras and Grier were picked with unusual British names which could be German or Spanish"

*All British except one* *(handwritten annotation)*

| 1998-1901 | 1912-13 | 1925-29 | 1940 |
|---|---|---|---|
| *Fuller* (D) | *E. White* (D) | *Taft* (R) | *Hughes* (R) |
| Harlan (Ky.) (R) | McKenna (R) | Holmes (R) | McReynolds (D) |
| Gray (R) | Holmes (R) | Van Devanter (R) | Stone (R) |
| Brewer (R) | Day (R) | McReynolds (D) | Roberts (R) |
| Brown (R) | Lurton (D) | Brandeis (R) | Black (D) |
| Shiras (R) | Hughes (R) | Sutherland (R) | Reed (D) |
| E. White (D) *Dutch* | Van Devanter (R) | Butler (D) | Frankfurter (I) |
| Peckham (D) | J. Lamar (D) | Sanford (R) | Douglas (D) |
| McKenna (R) | Pitney (R) | Stone (R) | Murphy (D) |

| 1902 | 1914-15 | 1930-31 | 1941-42 |
|---|---|---|---|
| *Fuller* (D) | *E. White* (D) | *Hughes* (R) | *Stone* (R) |
| Harlan (Ky.) (R) | McKenna (R) | Holmes (R) | Roberts (R) |
| Brewer (R) | Holmes (R) | Van Devanter (R) | Black (D) |
| Brown (R) | Day (R) | McReynolds (D) | Reed (D) |
| Shiras (R) | Hughes (R) | Brandeis (R) | Frankfurter (I) |
| E. White (D) | Van Devanter (R) | Sutherland (R) | Douglas (D) |
| Peckham (D) | J. Lamar (D) | Butler (D) | Murphy (D) |
| McKenna (R) | Pitney (R) | Stone (R) | Byrnes (D) |
| Holmes (R) | McReynolds (D) | Roberts (R) | R. Jackson (D) |

| 1903-05 | 1916-20 | 1932-36 | 1943-44 |
|---|---|---|---|
| *Fuller* (D) | *E. White* (D) | *Hughes* (R) | *Stone* (R) |
| Harlan (Ky.) (R) | McKenna (R) | Van Devanter (R) | Roberts (R) |
| Brewer (R) | Holmes (R) | McReynolds (D) | Black (D) |
| Brown (R) | Day (R) | Brandeis (R) | Reed (D) |
| E. White (D) | Van Devanter (R) | Sutherland (R) | Frankfurter (I) |
| Peckham (D) | Pitney (R) | Butler (D) | Douglas (D) |
| McKenna (R) | McReynolds (D) | Stone (R) | Murphy (D) |
| Holmes (R) | Brandeis (R) *** | Roberts (R) | R. Jackson (D) |
| Day (R) | Clarke (D) | Cardozo (D) | W. Rutledge (D) |

| 1906-08 | 1921 | 1937 | 1945 |
|---|---|---|---|
| *Fuller* (D) | *Taft* (R) | *Hughes* (R) | *Stone* (R) |
| Harlan (Ky.) (R) | McKenna (R) | McReynolds (D) | Black (D) |
| Brewer (R) | Holmes (R) | Brandeis (R) | Reed (D) |
| E. White (D) | Day (R) | Sutherland (R) | Frankfurter (I) |
| Peckham (D) | Van Devanter (R) | Butler (D) | Douglas (D) |
| McKenna (R) | Pitney (R) | Stone (R) | Murphy (D) |
| Holmes (R) | McReynolds (D) | Roberts (R) | R. Jackson (D) |
| Day (R) | Brandeis (R) | Cardozo (D) | W. Rutledge (D) |
| Moody (R) | Clarke (D) | Black (D) | Burton (R) |

| 1909 | 1922 | 1938 | 1946-48 |
|---|---|---|---|
| *Fuller* (D) | *Taft* (R) | *Hughes* (R) | *Vinson* (D) |
| Harlan (Ky.) (R) | McKenna (R) | McReynolds (D) | Black (D) |
| Brewer (R) | Holmes (R) | Brandeis (R) | Reed (D) |
| E. White (D) | Van Devanter (R) | Butler (D) | Frankfurter (I) |
| McKenna (R) | Pitney (R) | Stone (R) | Douglas (D) |
| Holmes (R) | McReynolds (D) | Roberts (R) | Murphy (D) |
| Day (R) | Brandeis (R) | Cardozo (D) | R. Jackson (D) |
| Moody (R) | Sutherland (R) | Black (D) | W. Rutledge (D) |
| Lurton (D) | Butler (D) | Reed (D) | Burton (R) |

| 1910-11 | 1923-24 | 1939 | 1949-52 |
|---|---|---|---|
| *E. White* (D) | *Taft* (R) | *Hughes* (R) | *Vinson* (D) |
| Harlan (Ky.) (R) | McKenna (R) | McReynolds (D) | Black (D) |
| McKenna (R) | Holmes (R) | Butler (D) | Reed (D) |
| Holmes (R) | Van Devanter (R) | Stone (R) | Frankfurter (I) |
| Day (R) | McReynolds (D) | Roberts (R) | Douglas (D) |
| Lurton (D) | Brandeis (R) | Black (D) | R. Jackson (D) |
| Hughes (R) | Sutherland (R) | Reed (D) | Burton (R) |
| Van Devanter (R) | Butler (D) | Frankfurter (I) | Clark (D) |
| J. Lamar (D) | Sanford (R) | Douglas (D) | Minton (D) |

## U.S. SUPREME COURT

*[Handwritten at top: "All British except 5 noted"]*

1724

| 1953-54 | 1962-65 | 1970 | 1988-1990 |
|---|---|---|---|
| *Warren* (R) | *Warren* (R) | *Burger* (R) | *Rehnquist* (R) |
| Black (D) | Black (D) | Black (D) | Brennan (D) |
| Reed (D) | Douglas (D) | Douglas (D) | B. White (D) |
| Frankfurter (I) | Clark (D) | Harlan (N.Y.) (R) | T. Marshall (D) |
| Douglas (D) | Harlan (N.Y.) (R) | Brennan (D) | Blackmun (R) |
| R. Jackson (D) | Brennan (D) | Stewart (R) | J. Stevens (R) |
| Burton (R) | Stewart (R) | B. White (D) | O'Connor (R) |
| Clark (D) | B. White (D) | T. Marshall (D) | Scalia (R) |
| Minton (D) | Goldberg (D) | Blackmun (R) | Kennedy (R) *[hw: Irish R.C.]* |
| **1955** | **1965-67** | **1971** | **1990-1991** |
| *Warren* (R) | *Warren* (R) | *Burger* (R) | *Rehnquist* (R) |
| Black (D) | Black (D) | Douglas (D) | B. White (D) |
| Reed (D) | Douglas (D) | Brennan (D) | T. Marshall (D) |
| Frankfurter (I) | Clark (D) | Stewart (R) | Blackmun (R) |
| Douglas (D) | Harlan (N.Y.) (R) | B. White (D) | J. Stevens (R) |
| Burton (R) | Brennan (D) | T. Marshall (D) | O'Connor (R) |
| Clark (D) | Stewart (R) | Blackmun (R) | Scalia (R) |
| Minton (D) | B. White (D) | **1972-75** | Kennedy (R) |
| Harlan (N.Y.) (R) * | Fortas (D) | *Burger* (R) | Souter (R) |
| **1956** | **1967-69** | Douglas (D) | **1991-1993** |
| *Warren* (R) | *Warren* (R) | Brennan (D) | *Rehnquist* (R) |
| Black (D) | Black (D) | Stewart (R) | B. White (D) |
| Reed (D) | Douglas (D) | B. White (D) | Blackmun (R) |
| Frankfurter (I) | Harlan (N.Y.) (R) | T. Marshall (D) | J. Stevens (R) |
| Douglas (D) | Brennan (D) | Blackmun (R) | O'Connor (R) |
| Burton (R) | Stewart (R) | Powell (D) | Scalia (R) |
| Clark (D) | B. White (D) | Rehnquist (R) | Kennedy (R) |
| Harlan (N.Y.) (R) | Fortas (D) | **1975-81** | Souter (R) |
| Brennan (D) *[hw: non Brit nationality unknown]* | T. Marshall (D) | *Burger* (R) | Thomas (R) |
| **1957** | **1969** | Brennan (D) | **1993-1994** |
| *Warren* (R) | *Burger* (R) | Stewart (R) | *Rehnquist* (R) |
| Black (D) | Black (D) | B. White (D) | Blackmun (R) |
| Frankfurter (I) | Douglas (D) | T. Marshall (D) | J. Stevens (R) |
| Douglas (D) | Harlan (N.Y.) (R) | Blackmun (R) | O'Connor (R) |
| Burton (R) | Brennan (D) | Powell (D) | Scalia (R) |
| Clark (D) | Stewart (R) | Rehnquist (R) | Kennedy (R) |
| Harlan (N.Y.) (R) | B. White (D) | Stevens (R) | Souter (R) |
| Brennan (D) | Fortas (D) | **1981-1986** | Thomas (R) |
| Whittaker (R) | T. Marshall (D) | *Burger* (R) | Ginsburg (D) *[hw: Finally a Just Jew]* |
| **1958-61** | **1969-70** | Brennan (D) | **1994-** |
| *Warren* (R) | *Burger* (R) | B. White (D) | *Rehnquist* (R) |
| Black (D) | Black (D) | T. Marshall (D) | J. Stevens (R) |
| Frankfurter (I) | Douglas (D) | Blackmun (R) | O'Connor (R) |
| Douglas (D) | Harlan (N.Y.) (R) | Powell (D) | Scalia (R) |
| Clark (D) | Brennan (D) | Rehnquist (R) | Kennedy (R) |
| Harlan (N.Y.) (R) | Stewart (R) | J. Stevens (R) | Souter (R) |
| Brennan (D) | B. White (D) | O'Connor (R) *[hw: Irish R.C.]* | Thomas (R) |
| Whittaker (R) | T. Marshall (D) | **1986-1988** | Ginsburg (D) |
| Stewart (R) | | *Rehnquist* (R) | Breyer (D) |
| | | Brennan (D) | |
| | | B. White (D) | |
| | | T. Marshall (D) | |
| | | Blackmun (R) | |
| | | Powell (D) | |
| | | J. Stevens (R) | |
| | | O'Connor (R) | |
| | | Scalia (R) *[hw: Italian R.C.]* | |

\* Rutledge was a recess appointment whose confirmation was rejected by the Senate after the 1795 Term.
\*\* Upon the death of Catron in 1865 and Wayne in 1867 their positions were abolished according to a congressional act of 1866. The Court's membership was reduced to eight until a new position was created by Congress in 1869. The new seat has generally been regarded as a re-creation of Wayne's seat.
\*\*\* According to Professor Henry Abraham, "Many—and with some justice—consider Brandeis a Democrat; however, he was in fact a registered Republican when nominated." *Freedom and the Court* 455 (3d ed. 1977).

*[Handwritten at bottom: "* Maybe related to Ky Harlan of 1877 known to be reliable toward the British monarch's wishes"]*

*[Right margin, vertical: UNITED STATES COURTS OF APPEALS AND UNITED STATES DISTRICT COURTS]*

HARTFORD CT
3 OCT 2025 PM

Pro Se Intake Unit
Clerk of the Court
U.S. Dist. Court Southern Dist. of NY
U.S. Courthouse - 500 Pearl St.
New York, N.Y. 10007

USM P3
SDNY

RECEIVED
OCT 30 2025
PRO SE OFFICE